OPINION — AG — ** DECLARATION OF CANDIDACY ** A COUNTY OFFICER MUST RESIGN FROM HIS COUNTY OFFICE PRIOR TO HIS BECOMING A CANDIDATE FOR ANY OTHER COUNTY OR STATE OFFICE. A PERSON BECOMES A CANDIDATE WHEN HE FILES HIS NOTIFICATION AND DECLARATION WITH THE APPROPRIATE ELECTION BOARD. (CANDIDATES, ELECTION, RESIDENCY) CITE: 26 O.S. 161 [26-161], 26 O.S. 162 [26-162], 19 O.S. 131 [19-131] 26 O.S. 423.2 [26-423.2](A) (STEVEN E. MOORE) SEE: OPINION NO. 92-517 (1992)